# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 564 WAL 2014
:
       Respondent   :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
    v.          :
:
:
:
DANA MATTHEW HALL,     :
:
       Petitioner   :
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 6th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.